UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| KATHRYN DRYDEN,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH GRAVES, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE SOUTH DAKOTA DEPARTMENT OF EDUCATION;<br><br>Defendant. | 3:23-CV-03005-ECS<br><br><br><br>JUDGMENT |

Based on the Opinion and Order Granting Defendant's Motion for Summary Judgment and the reasons contained therein, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice under Rules 54 and 58 of the Rules of Civil Procedure with judgment against Plaintiff and for Defendant hereby entering.

DATED this 4th day of June, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE